[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 433.]

THE STATE EX REL. LTV STEEL COMPANY, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. LTV Steel Co. v. Indus. Comm.*, 2001-Ohio-218.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-239—Submitted June 20, 2001—Decided August 8, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-368.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Manos & Stefanski Co., L.P.A., D. Kim Stefanski* and *James A. Neff*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee.

————————————